**SUSAN MARTIN (AZ # 014226)**
**DANIEL BONNETT (AZ # 014127)**
**JENNIFER KROLL (AZ # 019859)**
**MARK A. BRACKEN (AZ # 026532)**
**MARTIN & BONNETT, P.L.L.C.**
1850 N. Central Avenue, Suite 2010
Phoenix, Arizona 85004
Telephone: (602) 240-6900
smartin@martinbonnett.com
dbonnett@martinbonnett.com
jkroll@martinbonnett.com
mbracken@martinbonnett.com

**DANIEL POCHODA (AZ # 021979)**
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
dpochoda@acluaz.org

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| KayAnne Riley, | CASE NO.: CV-2011-08123-JAT |
| Plaintiff, | **JOINT STATUS REPORT** |
| vs. | |
| City of Prescott, Arizona, a political subdivision; Yavapai Humane Society, an Arizona non-profit corporation; Marlin Kuykendall, individually and in his official capacity as Mayor of the City of Prescott, and Tana Kuykendall, husband and wife; Steve Norwood, individually and in his official capacity as City Manager of the City of Prescott and Shelly Norwood, husband and wife; Ed Boks and Adele Langdon, husband and wife; Marty Goodman and Jane Doe Goodman, husband and wife, | |
| Defendants. | |

The Court's August 16, 2011 Order, directs Plaintiff to "notify the Court in writing when the parties are prepared for a Preliminary Pretrial Conference," after service is accomplished upon the Defendants. (Doc. 7.) Plaintiff has served all Defendants in accordance with Rule 4. (*See* Docs. 8, 9, 13, & 14.)

The City of Prescott Defendants and Defendant Norwood's motions to dismiss are currently pending before the Court. (Docs. 6 & 18.) The Yavapai Humane Society Defendants' motion to dismiss is also pending before the Court and Plaintiff's deadline to respond has been extended to October 20, 2011. (Docs. 15 & 20.) Plaintiff's counsel and Defendants' counsel have conferred and agreed that they will be prepared for a Preliminary Pretrial Conference after the Court has ruled on the pending motions unless the Court directs the parties otherwise.

Dated this 11th day of October, 2011.

By: s/Mark Bracken
　　Daniel L. Bonnett
　　Susan Martin
　　Jennifer L. Kroll
　　Mark Bracken
　　MARTIN & BONNETT, P.L.L.C.
　　1850 N. Central Avenue, Suite 2010
　　Phoenix, AZ 85004
　　(602) 240-6900

　　-and-

　　Daniel J. Pochoda
　　ACLU FOUNDATION OF ARIZONA
　　3707 North 7th Street, Suite 235
　　Phoenix, Arizona 85014
　　(602) 650-1854

　　Attorneys for Plaintiff

By: s/James M. Jellison
James M. Jellsion
Jellison Law Offices, PLLC
3101 N. Central Ave, Suite 1090
Phoenix, AZ 85012
(602)277-6009
jim@jellisonlaw.com

Attorneys for Defendants City of Prescott, Marlin Kuykendall, Tana Kuykendall, Steve Norwood, and Shelly Norwood

By: s/Charles A. Shaw
Charles Anthony Shaw
Law Office of Charles Anthony Shaw
140 N. Granite St.
Prescott, AZ 86301
(928) 778-0801
tony@cashawlaw.com

-and-

Eric Chester
448 South Montezuma St.
Prescott, AZ  86303
(928)776-1425
chesterlaw@juno.com

Attorneys for Defendants Yavapai Humane Society, Ed Boks, Adele Langdon, and Marty Goodman

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT ON October 11, 2011, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Arizona by using the CM/ECF System for filing.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the court CM/ECF system.

James M. Jellison, Esq.
Jellison Law Offices, PLLC
3101 North Central Avenue, Suite 1090
Phoenix, AZ  85012

Charles Anthony Shaw, Esq.
Law Offices of Charles Anthony Shaw, PLLC
140 N. Granite Street
Prescott, AZ  86301

Mr. Eric C. Chester
Attorney at Law
448 South Montezuma Street
Prescott, AZ  86303

s/Kathy Pasley
Legal Assistant