**JELLISON LAW OFFICES, PLLC**
3101 North Central Avenue
Suite 1090
Phoenix, Arizona 85012
Telephone: (602) 277-6009
Facsimile: (602) 230-9250
E-mail: jim@jellisonlaw.com
JAMES M. JELLISON, ESQ. #012763

**PRESCOTT LEGAL DEPARTMENT**
221 S. Cortez Street
Prescott, Arizona 86303
Telephone: (928) 777-1288
E-mail: thomas.lloyd@prescott-az.gov
THOMAS LLOYD, ESQ. #019524

*Attorneys for Defendants City of Prescott, Marlin and, Tana Kuykendall, and Steve and Shelly Norwood*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kay Anne Riley, | Case No. CV-2011-08123-JAT |
| Plaintiff, | |
| vs. | **NOTICE OF SERVICE** |
| City of Prescott, Arizona, a political subdivision; Yavapai Humane Society, an Arizona non-profit corporation; Marlin Kuykendall, individually and in his official capacity as Mayor of the City of Prescott, and Tana Kuykendall, husband and wife; Steve Norwood, individually and in his official capacity as City Manager of the City of Prescott and Shelly Norwood, husband and wife; Ed Boks and Adele Langdon, husband and wife; Marty Goodman and Jane Doe Goodman, husband and wife, | |
| Defendants. | |

1

1  Notice is hereby given that City of Prescott Defendants have served their Rule 26(a)
2  Initial Disclosure Statement to Plaintiff by mailing to Plaintiffs Counsel, original to Daniel
3  Bonnett and a copy mailed same to Daniel Pochoda
4
5  DATED this 22nd day of March, 2012.

JELLISON LAW OFFICES, PLLC

By:   s/James M. Jellison
James M. Jellison
Jellison Law Offices, PLLC
3101 North Central Avenue
Suite 1090
Phoenix, AZ 85012

City of Prescott Legal Department
Chief Assistant City Attorney
Thomas A. Lloyd
221 South Cortez Street
Prescott, Arizona 86303

*Attorney for City of Prescott Defendants*

I hereby certify that on March 22, 2012, I electronically Transmitted the attached document To the Clerk's Office using the CM/ECF System for filing.

Susan Martin
Daniel Bonnett
Jennifer Kroll
Mark A. Bracken
Martin & Bonnett, PLLC
1850 North Central Avenue, Suite 2010
Phoenix, AZ 85004

Daniel Pochoda
James Duff Lyall
ACLU Foundation of Arizona
3707 North 7th Street, Suite 235
Phoenix, AZ 85014
*Attorneys for Plaintiff*

s/Kasey M. Rivera

2