WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kay Anne Riley, | No. CV-11-08123-PCT-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| City of Prescott, Arizona, a political subdivision; Marlin Kuykendall, individually and in his official capacity as Mayor of the City of Prescott, and Tana Kuykendall, husband and wife, | |
| Defendants. | |

Pending before the Court are defendant City of Prescott, Marlin Kuykendall, and Tana Kuykendall's (collectively, the "Defendants") Motion to Stay (Doc. 316) the trial proceedings pending the outcome of Defendant Marlin Kuykendall's interlocutory appeal on the issue of qualified immunity. Plaintiff filed a Response (Doc. 321) and Defendants filed a Reply (Doc. 323). Upon consideration of the Parties' arguments and a weighing of the efficiencies, the Court grants Defendants' Motion.

Accordingly,

/ /
/ /
/ /
/ /
/ /

1 **IT IS ORDERED** that Defendants' Motion to Stay (Doc. 316) the trial proceedings pending the outcome of Defendant Marlin Kuykendall's interlocutory appeal on the issue of qualified immunity is Granted. The Court will not schedule the trial until after the Ninth Circuit Court of Appeals rules on Defendants' interlocutory appeal.

Dated this 1st day of April, 2014.

_James A. Teilborg_
Senior United States District Judge