WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kay Anne Riley,<br><br>                Plaintiff,<br><br>vs.<br><br>City of Prescott, Arizona, a political subdivision; Yavapai Humane Society, an Arizona non-profit corporation; Marlin Kuykendall, individually and in his official capacity as Mayor of the City of Prescott, and Tana Kuykendall, husband and wife; Steve Norwood, individually and in his official capacity as City Manager of the City of Prescott and Shelly Norwood, husband and wife; Ed Boks and Adele Langdon, husband and wife; Marty Goodman and Jane Doe Goodman, husband and wife,<br><br>                Defendants. | Case No. CV-11-08123-PCT-JAT<br><br>**ORDER** |

Having considered the Parties' Stipulation on Agreed Reasonable Amount of Plaintiff's Attorneys' Fees and Costs Pursuant To LRCiv. 54.2 Re: Court's February 19, 2014 Order (Doc. 330), the Court's prior Order dated February 19, 2014 (Doc. 312), and the record, the Court hereby finds that:

1

1. Counsel for the parties have conferred in good faith to resolve the issue of the reasonable amount of attorneys' fees and expenses incurred by Plaintiff in bringing her discovery motion for sanctions and in seeking the spoliated evidence.

2. The parties have stipulated that $35,000.00 is a reasonable amount for expenses and attorneys' fees;

3. That the amount of $35,000.00 is, in fact, a reasonable amount to award Plaintiff and her attorneys for bringing the motion for sanctions and for seeking the spoliated evidence referenced in the Court's February 19, 2014 Order. (Doc. 312 at 24–36).

Accordingly,

**IT IS HEREBY ORDERED** that the Parties Stipulation for Attorneys' Fees (Doc. 330) is GRANTED. Reasonable attorneys' fees and expenses pursuant to this Court's February 19, 2014 Order are hereby awarded to Plaintiff in the amount of $35,000.00 (thirty-five thousand dollars and zero cents).

Dated this 2nd day of June, 2014.

James A. Teilborg
Senior United States District Judge